UNITED STATES COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| TEXTRON INC.,<br><br>-v-<br><br>UNITED STATES OF AMERICA | Case No.: 05-1188T<br><br><br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TEXTRON INC. (a private non-governmental party) certifies that TEXTRON INC. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

**Date:** December 22, 2005

**By:** ______________________
Signature of Attorney

Attorney Bar Code: