# In the United States Court of Federal Claims

| | |
|---|---|
| TEXTRON, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 05-1188T<br>Filed: January 11, 2006 |

## O R D E R

The court is in receipt of the defendant's January 9, 2006 answer. The defendant's answer was not filed because the defendant failed to adhere to the Rules of the United States Court of Federal Claims (RCFC). Specifically, pursuant to General Order No. 42A, this case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Accordingly, all documents in this case are to be filed electronically, except with leave of Court. The defendant filed its answer in the traditional manner. The Clerk of the Court, therefore, shall return the defendant's answer, unfiled. The court **ORDERS** the defendant to file a correct answer on or before **Wednesday, January 18, 2006**, in electronic form and in adherence with all of the court's rules.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**