IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1188 T
(JUDGE HORN)

TEXTRON INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

DEFENDANT'S MOTION FOR LEAVE TO FILE ITS ANSWER

Defendant respectfully requests leave to file electronically its answer to the complaint 2 days out of time.

As good reason therefor, defendant states that it timely filed its answer in the traditional manner on January 9, 2006. However, because the case was designated as an ECF case, the Court returned it to defendant's counsel by an Order dated January 11, 2006. In its Order, the Court directed defendant to file the answer electronically on or before January 18, 2006. Unfortunately, defendant's counsel, through inadvertence, misplaced the Court's Order and failed to timely re-file the answer electronically. Defendant's counsel did not discover the oversight until after the filing date had passed. Once the oversight was discovered, the answer was prepared immediately for electronic filing.

Defendant's counsel apologizes to the Court for any inconvenience caused by the failure to timely file its answer and respectfully requests that this motion be allowed.

Respectfully submitted,

1/20/2006
Date

s/G. Robson Stewart

G. ROBSON STEWART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

1/20/2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant