# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

TEXTRON, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**No. 05-1188T**
**Filed: January 24, 2006**

## O R D E R

The court is in receipt of the defendant's January 20, 2006, motion to file its answer two days out of time. By an order of this court dated January 11, 2006, the court returned the defendant's answer because it did not adhere to the rules of this court. Specifically, the defendant filed its answer in the traditional manner after this case had been designated as an electronic case pursuant to General Order No. 42A. In the same order, the court directed the defendant to file its answer by January 18, 2006. The court **GRANTS** the defendant's motion, and the defendant's January 20, 2006 answer is filed out of time, by leave of the court. Defendant is counseled that its future filings shall adhere to the rules and orders of this court.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**