IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1188 T
(JUDGE HORN)

TEXTRON INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

DEFENDANT'S ANSWER TO THE COMPLAINT

Defendant, the United States, for its answer to plaintiff's complaint, denies each and every allegation that is not admitted or otherwise expressly addressed below. Defendant also:

1. Admits that this action is brought under §§ 6532 and 7422, Internal Revenue Code, seeking to recover Federal excise taxes that plaintiff alleges (elsewhere in the complaint) that its telephone service providers charged plaintiff, but states that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegation that the taxes were paid to the United States with respect to the quarters ended June 30, 2001, through March 31, 2004, and denies that plaintiff is entitled to any recovery.
2. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.
3. Admits the allegations contained in paragraph 3.

4. Admits the allegations contained in paragraph 4.

5. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5.

6. Avers that jurisdiction, to the extent it exists in this case, is conferred by 28 U.S.C. § 1491.

7. Avers that "venue" is conferred by 28 U.S.C. § 1491.

8. Admits that plaintiff seeks to recover Federal excise taxes, but denies that plaintiff overpaid its taxes.

9. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.

10. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10.

11. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11.

12. Admits the allegations contained in the first four sentences of paragraph 12. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the fifth sentence. Admits the allegations contained in the sixth sentence. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the seventh sentence. States that its attorneys currently lack knowledge or information

sufficient to form a belief as to the truth of the allegations contained in the eighth sentence, but denies that plaintiff is entitle to any refund of federal excise tax.

13. Admits the allegations contained in paragraph 13.

14. Paragraph 14 contains plaintiff's paraphrasing of the statute which requires no response.

15. Paragraph 15 contains plaintiff's characterization of the statutes which requires no response.

16. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16.

17. Paragraph 17 contains plaintiff's characterization of the statute which requires no response.

18. Paragraph 18 contains plaintiff's paraphrasing of the statute which requires no response.

19. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19.

20. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20.

WHEREFORE, defendant prays that the complaint be dismissed with prejudice, with all allowable costs assessed against plaintiff.

Respectfully submitted,

1/9/2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

1/9/2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant