# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| **TEXTRON, INC.**, * | |
| **Plaintiffs,** * | **No. 05-1188** |
| **v.** * | **Filed: March 31, 2006** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of the January 11, 2006 answer to the complaint. To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Thursday April 6, 2006, at 10:30 a.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (212) 808-7651 and defendant's counsel at (202) 307-6493. Counsel for both parties may appear by telephone.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**