# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **TEXTRON, INC.**, | |
| **Plaintiff,** | **No. 05-1188T** |
| **v.** | **Filed: April 5, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

On April 5, 2006, plaintiff's counsel contacted chambers to request that the status conference scheduled for April 6, 2006 be rescheduled. As discussed with counsel for both the parties, the court **GRANTS** the plaintiff's request and reschedules the conference to **Thursday, April 20, 2006 at 10:30 a.m. EDT**. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 503-5924 and defendant's counsel at (202) 307-6493. Counsel for both parties may appear by telephone.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**