**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TEXTRON INC., Plaintiff, v. UNITED STATES OF AMERICA Defendant | Case No.: 05-1188T (MBH) **AFFIDAVIT OF APPOINTMENT** |

**State of New Jersey :**
**:**
**County of Morris :**

Paul L. Kattas, being duly sworn hereby deposes and says:

1. That I am associated with the law firm of Kelley Drye & Warren LLP, counsel for plaintiff TEXTRON INC., (hereinafter "TEXTRON") in the above-captioned matter.

2. I make this affidavit in connection with my application to be named counsel of record for TEXTRON in the above-referenced matter.

3. I was admitted to practice in the United States Court of Federal Claims on December 29, 2005

**Kelley Drye & Warren LLP**

By: [signature]
Paul L. Kattas, Esq.
**Attorneys for Plaintiff Textron, Inc.**

Sworn to before me
This 18th day of April, 2006

[signature]
Notary Public of the
State of New Jersey

KAREN J. NUGENT
Notary Public
State of New Jersey
Commission Expires July 30, 2009

NJ01/KATTP/104700.1