**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TEXTRON INC., Plaintiff, v. UNITED STATES OF AMERICA Defendant | Case No.: 05-1188T (MBH) **MOTION TO CHANGE ATTORNEY OF RECORD** |

George Marchese, a member of the law firm of Kelley Drye & Warren LLP, attorney of record for plaintiff Textron Inc. in the above-captioned case, respectfully moves this court to remove him as attorney of record and appoint Mr. Paul L. Kattas, also associated with the law firm of Kelley Drye & Warren LLP, as attorney of record.

Forthcoming, all inquiries should be directed to Paul L. Kattas.

DATED: May 3, 2006

**Kelley Drye & Warren LLP**

Endorsed by: /s/ *George Marchese*
George Marchese, Esq.

NJ01/GUZME/104546.1