**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TEXTRON INC.,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Defendant | Case No.: 05-1188T (MBH)<br><br>**AFFIDAVIT OF APPOINTMENT** |

**State of New Jersey :**
**:**
**County of Morris :**

Paul L. Kattas, being duly sworn hereby deposes and says:

1. That I am associated with the law firm of Kelley Drye & Warren LLP, counsel for plaintiff Textron Inc., (hereinafter "Textron") in the above-captioned matter.

2. I make this affidavit in connection with my application to be named counsel of record for Textron in the above-referenced matter.

3. I was admitted to practice in the United States Court of Federal Claims on December 29, 2005.

4. I respectfully request that the my application to be named counsel of record for Textron in this matter be granted.

**Kelley Drye & Warren LLP**

By: Paul L. Kattas
Paul L. Kattas, Esq.
**Attorneys for Plaintiff Textron, Inc.**

Sworn to before me
This 3rd day of May, 2006

Karen J. Nugent
Notary Public of the
State of New Jersey

KAREN J. NUGENT
Notary Public
State of New Jersey
My Commission Expires July 30, 2009