# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * *<br>**TEXTRON, INC.**,<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.**<br>* * * * * * * * * * * * * * * * * * * * * | **No. 05-1188T**<br>**Filed: May 4, 2006** |

**O R D E R**

The court is in receipt of the plaintiff's May 3, 2006 motion to change plaintiff's attorney of record from George Marchese to Paul L. Kattas. Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims (RCFC), the court **GRANTS** the plaintiff's motion. Mr. Kattas shall be assigned as the attorney of record in the above-captioned case and the defendant shall serve all future filings on Mr. Kattas. Although Mr. Kattas provided the court with his address in his April 18, 2006 notice of appearance, he failed to provide the court with a telephone number as required by RCFC 11(a). Therefore, on or before **Monday, May 8, 2006**, Mr. Kattas shall file with the court a notice containing his current address along with his telephone and facsimile numbers.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**