**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TEXTRON INC., Plaintiff, v. UNITED STATES OF AMERICA Defendant | Case No.: 05-1188T (MBH) **AMENDED NOTICE OF APPEARANCE** |

**To the Clerk:**

**PLEASE TAKE NOTICE AND ENTER** the appearance of Paul L. Kattas of Kelley Drye & Warren LLP as attorney of record for the Plaintiff, Textron Inc.

Service of all papers by opposing party should be addressed as follows:

Kelley Drye & Warren LLP
Paul L. Kattas
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900- office
(973) 503-5950 - Fax
pkattas@kelleydrye.com

Dated: May 5, 2006

**Kelley Drye & Warren LLP**

By: /s/ *Paul L. Kattas*
Paul L. Kattas, Esq.

**Attorneys for Plaintiff Textron Inc.**