# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **TEXTRON, INC.**, | |
| **Plaintiff,** | **No. 05-1188T** |
| **v.** | **Filed: May 30, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's May 25, 2006 status report and notice of change of position. During a conference on April 20, 2006, the court opened discovery and scheduled a conference for July 26, 2006. To discuss the defendant's recent status report and change in litigation position, the court **RESCHEDULES** the conference to **Wednesday, June 14, 2006 at 3:30 pm EDT**. Counsel for both parties shall appear by telephone. Unless otherwise informed, the court will contact plaintiff's counsel at 212-808-7930 and defendant's counsel at 202-307-0878. Additionally, in the parties' March 20, 2006 joint preliminary status report, the parties indicated that there are two cases pending before the United States Court of Appeals for the Federal Circuit, America Online, Inc. v. United States, Fed. Cir. No. 05-5138, and Honeywell, Int'l. v. United States, Fed. Cir. No. 05-5145, which appear to concern the same liability issues involved in this case. The parties, therefore, shall notify this court within five days of a decision issued in either of those cases, provide the court with a copy of any issued opinion, and identify how the opinion will effect the proceedings in this case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**