# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **TEXTRON, INC.**, | |
| **Plaintiff,** | |
| **v.** | **No. 05-1188T** |
| | **Filed: June 5, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

Plaintiff has advised the court of a conflict with respect to the scheduled June 14, 2006 status conference. With defendant's concurrence, the status conference is **RESCHEDULED** for **Friday, June 16, 2006 at 2:30 p.m. EDT**. Counsel for both parties shall appear by telephone. Unless otherwise informed, the court will contact plaintiff's counsel at (973) 503-5924, and defendant's counsel at (202) 307-0878. Additionally, the parties are reminded that, within five days of a decision issued in either America Online, Inc. v. United States, Fed. Cir. No. 05-5138, or Honeywell, Int'l. v. United States, Fed. Cir. No. 05-5145, the parties shall provide the court with a copy of the opinion and shall address how the opinion affects the proceedings in this case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**