No. 05-1188 T
Judge Horn

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TEXTRON INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

The parties submit this status report pursuant to the Court's June 5, 2006 order that the parties notify the Court of a decision issued in either *America Online, Inc. v. United States*, Fed. Cir. No. 05-5138 or *Honeywell, Int'l. v. United States*, Fed. Cir.No. 05-5145.

On June 5, 2006, upon motion of the United States, both cases were voluntarily dismissed[1] under Rule 42(b) of the Federal Rules of Appellate Procedure. Accordingly, the disposition of those cases does not affect the proceedings of this case.

[1]It is not the practice of the Federal Circuit to dismiss with or without prejudice. *E.g.*, *Timberbrook Properties v. United States*, 132 Fed. Appx. 371 (Fed. Cir. 2005).

Respectfully submitted,

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: June 8, 2006

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

Dated: June 8, 2006

Attorneys for Defendant