# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **TEXTRON, INC.**, | * |
| **Plaintiff,** | * |
| **v.** | * **No. 05-1188T** |
| **UNITED STATES,** | * **Filed: June 16, 2006** |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference on June 16, 2006, with the parties appearing by telephone. As discussed during the conference, the parties shall consult, and attempt to resolve the matter of the protective order without the court's involvement. However, if the parties do not succeed in resolving the issue, on or before **Friday, June 30, 2006, at 10:00 a.m. EDT**, the plaintiff may file, electronically, a motion for a protective order, including examples of the documents as to which protection is sought. The proposed protective order will be discussed at a hearing **SCHEDULED** for **Wednesday, July 5, 2006 at 10:30 a.m. EDT**. Counsel for both parties shall appear by telephone. Unless otherwise informed, the court will contact plaintiff's counsel at (973) 503-5924, and defendant's counsel at (202) 307-0878. If, at any time between now and June 30, 2006, the parties are able to resolve this issue on their own, they shall communicate their success to chambers staff at (202) 357-6580, which would obviate not only the need to file the motion for a protective order, but also the need to hold the July 5, 2006 status conference.

Furthermore, on or before **Wednesday, September 6, 2006**, the parties shall file a joint status report reflecting their computational work on the invoices (but without any actual numbers reported at this stage), whether they have been successful in resolving the claims, and the anticipated date a joint stipulation of dismissal will be filed. If, on the other hand, the September 6, 2006 joint status report indicates that the claims in this case have not yet been resolved, then the parties shall continue their invoice review, and shall file a subsequent joint status report, on or before **Friday, October 6, 2006**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**