# Exhibit A

| BTN/RTN/RA/MIN | Number of Calls | % of Calls | Duration | % of Duration | Avg Min/Call | Usage Amount | % of Usage |
|---|---|---|---|---|---|---|---|
| **Billing Number: 511470 EQAAD** | | | | | | | |
| 800 255-2853 | 29 | 0.01 | 1:54:0 | 0.00 | 0:03 | 0.31 | ***** |
| 800 282-7941 | 200 | 0.07 | 398:12:0 | 0.04 | 1:59 | 60.52 | ***** |
| 800 435-0786 | 24,167 | 8.53 | 86,559:12:0 | 9.57 | 3:34 | 13,396.63 | ***** |
| 800 435-2932 | 512 | 0.18 | 2,018:12:0 | 0.22 | 3:56 | 303.21 | ***** |
| 800 435-6114 | 3,040 | 1.07 | 9,653:30:0 | 1.06 | 3:10 | 1,475.11 | ***** |
| 800 441-5194 | 4,744 | 1.67 | 6,253:48:0 | 0.69 | 1:19 | 1,034.77 | ***** |
| 800 462-0606 | 18 | 0.00 | 2:00:0 | 0.00 | 0:06 | 0.33 | ***** |
| 800 468-5557 | 92 | 0.03 | 356:06:0 | 0.03 | 3:52 | 55.19 | ***** |
| 800 494-9440 | 860 | 0.30 | 2,475:42:0 | 0.27 | 2:52 | 376.74 | ***** |
| 800 618-2749 | 72 | 0.02 | 76:12:0 | 0.00 | 1:03 | 11.49 | ***** |
| 800 841-9460 | 293 | 0.10 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 888 473-3653 | 65 | 0.02 | 943:24:0 | 0.10 | 14:30 | 138.70 | ***** |
| **Total For Billing Number: 511470 EQAAD** | **34,092** | **12.03** | **108,738:12:0** | **12.02** | **3:11** | **$16,853.00** | ***** |
| **Billing Number: 511470 EQAAF** | | | | | | | |
| 800 451-2632 | 9,207 | 3.25 | 8,417:00:0 | 0.93 | 0:54 | 2,104.97 | ***** |
| 800 545-6179 | 11 | 0.00 | 3:36:0 | 0.00 | 0:19 | 0.72 | ***** |
| **Total For Billing Number: 511470 EQAAF** | **9,218** | **3.25** | **8,420:36:0** | **0.93** | **0:54** | **$2,105.69** | ***** |
| **Billing Number: 511470 EQAAG** | | | | | | | |
| 800 388-9183 | 5 | 0.00 | 4:42:0 | 0.00 | 0:56 | 1.50 | ***** |
| **Total For Billing Number: 511470 EQAAG** | **5** | **0.00** | **4:42:0** | **0.00** | **0:56** | **$1.50** | ***** |
| **Billing Number: 511470 EQAMD** | | | | | | | |
| 800 528-8224 | 813 | 0.28 | 2,400:42:0 | 0.26 | 2:57 | 368.25 | ***** |
| **Total For Billing Number: 511470 EQAMD** | **813** | **0.28** | **2,400:42:0** | **0.26** | **2:57** | **$368.25** | ***** |
| **Billing Number: 511470 EQANE** | | | | | | | |
| 800 743-6271 | 13 | 0.00 | 21:18:0 | 0.00 | 1:38 | 4.26 | ***** |
| **Total For Billing Number: 511470 EQANE** | **13** | **0.00** | **21:18:0** | **0.00** | **1:38** | **$4.26** | ***** |
| **Billing Number: 511470 EQAPG** | | | | | | | |
| 800 258-9358 | 11 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 258-9359 | 5 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 258-9363 | 45 | 0.01 | 120:54:0 | 0.01 | 2:41 | 23.05 | ***** |
| 800 594-5786 | 2 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 642-2155 | 1,702 | 0.60 | 6,737:36:0 | 0.74 | 3:57 | 1,347.12 | ***** |
| 866 734-7212 | 4 | 0.00 | 6:00:0 | 0.00 | 1:30 | 1.20 | ***** |
| 877 312-6927 | 1 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| **Total For Billing Number: 511470 EQAPG** | **1,770** | **0.62** | **6,864:30:0** | **0.75** | **3:52** | **$1,371.37** | ***** |
| **Billing Number: 511470 EQCAB** | | | | | | | |
| 888 611-7425 | 133 | 0.04 | 62:54:0 | 0.00 | 0:28 | 9.78 | ***** |
| **Total For Billing Number: 511470 EQCAB** | **133** | **0.04** | **62:54:0** | **0.00** | **0:28** | **$9.78** | ***** |
| **Billing Number: 511470 EQCAF** | | | | | | | |
| 800 235-3330 | 441 | 0.15 | 1,577:24:0 | 0.17 | 3:34 | 195.55 | ***** |
| 800 385-6174 | 3 | 0.00 | 0:54:0 | 0.00 | 0:18 | 0.12 | ***** |
| 800 435-9367 | 16 | 0.00 | 4:42:0 | 0.00 | 0:17 | 0.69 | ***** |
| 800 475-0165 | 7 | 0.00 | 2:36:0 | 0.00 | 0:22 | 0.41 | ***** |
| 800 564-5576 | 3 | 0.00 | 1:24:0 | 0.00 | 0:28 | 0.22 | ***** |
| 800 595-5999 | 95 | 0.03 | 169:12:0 | 0.01 | 1:46 | 24.45 | ***** |
| 866 207-8533 | 15 | 0.00 | 88:18:0 | 0.00 | 5:53 | 11.64 | ***** |
| 866 702-5100 | 17 | 0.00 | 201:42:0 | 0.02 | 11:51 | 30.22 | ***** |

| BTN/RTN/RA/MIN | Number of Calls | % of Calls | Duration | % of Duration | Avg Min/Call | Usage Amount | % of Usage |
|---|---|---|---|---|---|---|---|
| **Billing Number: 511470 EQCAF** | | | | | | | |
| 877 213-0885 | 1 | 0.00 | 0:42:0 | 0.00 | 0:42 | 0.19 | ***** |
| 888 659-4229 | 23 | 0.00 | 19:00:0 | 0.00 | 0:49 | 2.92 | ***** |
| 888 677-7425 | 174 | 0.06 | 122:06:0 | 0.01 | 0:42 | 11.20 | ***** |
| 888 832-5543 | 105 | 0.03 | 5:42:0 | 0.00 | 0:03 | 0.88 | ***** |
| **Total For Billing Number: 511470 EQCAF** | **900** | **0.31** | **2,193:42:0** | **0.24** | **2:26** | **$278.49** | ***** |
| **Billing Number: 511470 EQCCI** | | | | | | | |
| 866 238-9403 | 40 | 0.01 | 176:12:0 | 0.01 | 4:24 | 26.68 | ***** |
| **Total For Billing Number: 511470 EQCCI** | **40** | **0.01** | **176:12:0** | **0.01** | **4:24** | **$26.68** | ***** |
| **Billing Number: 511470 EQDAD** | | | | | | | |
| 999 002-8763 | 36 | 0.01 | 0:00:0 | 0.00 | 0:00 | 3.79 | ***** |
| **Total For Billing Number: 511470 EQDAD** | **36** | **0.01** | **0:00:0** | **0.00** | **0:00** | **$3.79** | ***** |
| **Billing Number: 511470 EQDAF** | | | | | | | |
| 800 248-8594 | 343 | 0.12 | 443:54:0 | 0.04 | 1:17 | 59.72 | ***** |
| 800 451-0568 | 2 | 0.00 | 0:36:0 | 0.00 | 0:18 | 0.09 | ***** |
| 800 451-0657 | 5 | 0.00 | 1:42:0 | 0.00 | 0:20 | 0.75 | ***** |
| 800 451-0662 | 1 | 0.00 | 0:18:0 | 0.00 | 0:18 | 0.05 | ***** |
| 800 451-0692 | 1 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 451-0768 | 2 | 0.00 | 0:36:0 | 0.00 | 0:18 | 0.10 | ***** |
| 800 451-0798 | 5 | 0.00 | 1:36:0 | 0.00 | 0:19 | 0.26 | ***** |
| 800 451-0835 | 2 | 0.00 | 0:36:0 | 0.00 | 0:18 | 0.10 | ***** |
| 800 848-1636 | 6,478 | 2.28 | 22,490:54:0 | 2.48 | 3:28 | 4,372.26 | ***** |
| 866 303-5503 | 1,684 | 0.59 | 1,769:12:0 | 0.19 | 1:03 | 269.83 | ***** |
| 866 583-5188 | 5 | 0.00 | 5:48:0 | 0.00 | 1:09 | 0.87 | ***** |
| 888 522-6273 | 42 | 0.01 | 211:18:0 | 0.02 | 5:01 | 31.95 | ***** |
| **Total For Billing Number: 511470 EQDAF** | **8,570** | **3.02** | **24,926:30:0** | **2.75** | **2:54** | **$4,735.98** | ***** |
| **Billing Number: 511470 EQDDF** | | | | | | | |
| 800 452-2887 | 745 | 0.26 | 1,685:36:0 | 0.18 | 2:15 | 205.96 | ***** |
| 888 551-4393 | 1,474 | 0.52 | 6,712:48:0 | 0.74 | 4:33 | 756.59 | ***** |
| **Total For Billing Number: 511470 EQDDF** | **2,219** | **0.78** | **8,398:24:0** | **0.92** | **3:47** | **$962.55** | ***** |
| **Billing Number: 511470 EQDLB** | | | | | | | |
| 800 375-6098 | 52 | 0.01 | 64:36:0 | 0.00 | 1:14 | 8.75 | ***** |
| 800 380-2291 | 1 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 848-1636 | 223 | 0.07 | 657:42:0 | 0.07 | 2:56 | 136.89 | ***** |
| 877 525-3123 | 15 | 0.00 | 44:18:0 | 0.00 | 2:57 | 6.03 | ***** |
| **Total For Billing Number: 511470 EQDLB** | **291** | **0.10** | **766:36:0** | **0.08** | **2:38** | **$151.67** | ***** |
| **Billing Number: 511470 EQEDC** | | | | | | | |
| 877 417-7255 | 496 | 0.17 | 1,172:42:0 | 0.12 | 2:21 | 144.61 | ***** |
| **Total For Billing Number: 511470 EQEDC** | **496** | **0.17** | **1,172:42:0** | **0.12** | **2:21** | **$144.61** | ***** |
| **Billing Number: 511470 EQFEC** | | | | | | | |
| 800 333-5752 | 444 | 0.15 | 1,579:12:0 | 0.17 | 3:33 | 219.42 | ***** |
| **Total For Billing Number: 511470 EQFEC** | **444** | **0.15** | **1,579:12:0** | **0.17** | **3:33** | **$219.42** | ***** |
| **Billing Number: 511470 EQGHB** | | | | | | | |
| 800 860-5615 | 69 | 0.02 | 51:12:0 | 0.00 | 0:44 | 11.51 | ***** |
| 800 862-0430 | 185 | 0.06 | 168:36:0 | 0.01 | 0:54 | 40.07 | ***** |
| **Total For Billing Number: 511470 EQGHB** | **254** | **0.08** | **219:48:0** | **0.02** | **0:51** | **$51.58** | ***** |

| BTN/RTN/RA/MIN | Number of Calls | % of Calls | Duration | % of Duration | Avg Min/Call | Usage Amount | % of Usage |
|---|---|---|---|---|---|---|---|
| **Billing Number: 511470 EQJAD** | | | | | | | |
| 800 313-3703 | 43 | 0.01 | 36:12:0 | 0.00 | 0:50 | 5.96 | ***** |
| 800 385-6157 | 14 | 0.00 | 18:54:0 | 0.00 | 1:21 | 2.87 | ***** |
| 800 541-9021 | 12 | 0.00 | 4:48:0 | 0.00 | 0:24 | 1.22 | ***** |
| 866 916-5627 | 1 | 0.00 | 1:30:0 | 0.00 | 1:30 | 0.23 | ***** |
| 877 839-9456 | 884 | 0.31 | 1,406:12:0 | 0.15 | 1:35 | 184.97 | ***** |
| 888 760-8540 | 215 | 0.07 | 512:06:0 | 0.05 | 2:22 | 71.41 | ***** |
| **Total For Billing Number: 511470 EQJAD** | **1,169** | **0.41** | **1,979:42:0** | **0.21** | **1:41** | **$266.66** | ***** |
| **Billing Number: 511470 EQKAA** | | | | | | | |
| 800 211-8884 | 328 | 0.11 | 815:00:0 | 0.09 | 2:29 | 122.78 | ***** |
| 800 280-6816 | 421 | 0.14 | 2,242:30:0 | 0.24 | 5:19 | 337.37 | ***** |
| 800 282-3690 | 6,239 | 2.20 | 20,321:17:0 | 2.24 | 3:15 | 2,956.46 | ***** |
| 800 325-7611 | 5,116 | 1.80 | 19,945:36:0 | 2.20 | 3:53 | 3,006.17 | ***** |
| 800 368-6467 | 166 | 0.05 | 368:48:0 | 0.04 | 2:13 | 55.28 | ***** |
| 800 483-2435 | 1,386 | 0.48 | 5,614:48:0 | 0.62 | 4:03 | 855.87 | ***** |
| 800 799-9722 | 12 | 0.00 | 3:42:0 | 0.00 | 0:18 | 0.63 | ***** |
| 800 799-9987 | 24 | 0.00 | 17:42:0 | 0.00 | 0:44 | 2.71 | ***** |
| 800 808-9009 | 140 | 0.04 | 5,375:24:0 | 0.59 | 38:23 | 773.30 | ***** |
| 800 871-8198 | 718 | 0.25 | 1,816:12:0 | 0.20 | 2:31 | 279.65 | ***** |
| 866 666-4784 | 211 | 0.07 | 796:00:0 | 0.08 | 3:46 | 119.88 | ***** |
| 866 868-8398 | 1 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 877 255-2629 | 4 | 0.00 | 5:48:0 | 0.00 | 1:27 | 0.88 | ***** |
| 877 483-9870 | 1 | 0.00 | 0:24:0 | 0.00 | 0:24 | 0.06 | ***** |
| 877 483-9876 | 47 | 0.01 | 77:18:0 | 0.00 | 1:38 | 11.77 | ***** |
| 888 227-0444 | 415 | 0.14 | 795:54:0 | 0.08 | 1:55 | 119.95 | ***** |
| 888 261-6606 | 2 | 0.00 | 0:36:0 | 0.00 | 0:18 | 0.10 | ***** |
| 888 832-7333 | 11 | 0.00 | 1:12:0 | 0.00 | 0:06 | 0.20 | ***** |
| **Total For Billing Number: 511470 EQKAA** | **15,242** | **5.38** | **58,198:11:0** | **6.43** | **3:49** | **$8,643.06** | ***** |
| **Billing Number: 511470 EQKAB** | | | | | | | |
| 800 582-7599 | 597 | 0.21 | 1,609:24:0 | 0.17 | 2:41 | 238.96 | ***** |
| 800 875-8764 | 38 | 0.01 | 45:24:0 | 0.00 | 1:11 | 6.45 | ***** |
| 866 715-5515 | 492 | 0.17 | 1,611:42:0 | 0.17 | 3:16 | 234.21 | ***** |
| 866 832-3863 | 33 | 0.01 | 78:48:0 | 0.00 | 2:23 | 11.14 | ***** |
| 888 249-8733 | 81 | 0.02 | 266:18:0 | 0.02 | 3:17 | 40.75 | ***** |
| 888 513-8733 | 105 | 0.03 | 399:54:0 | 0.04 | 3:48 | 61.00 | ***** |
| 888 808-8203 | 1,117 | 0.39 | 4,282:12:0 | 0.47 | 3:50 | 656.73 | ***** |
| 999 007-5100 | 53 | 0.01 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| **Total For Billing Number: 511470 EQKAB** | **2,516** | **0.88** | **8,293:42:0** | **0.91** | **3:17** | **$1,249.24** | ***** |
| **Billing Number: 511470 EQKAD** | | | | | | | |
| 800 283-6199 | 27 | 0.00 | 28:42:0 | 0.00 | 1:03 | 4.40 | ***** |
| 800 300-9202 | 30 | 0.01 | 98:42:0 | 0.01 | 3:17 | 14.89 | ***** |
| 800 328-0724 | 19,475 | 6.87 | 58,327:30:0 | 6.45 | 2:59 | 8,956.03 | ***** |
| 800 526-0750 | 5 | 0.00 | 1:30:0 | 0.00 | 0:18 | 0.24 | ***** |
| 800 526-0902 | 13 | 0.00 | 19:06:0 | 0.00 | 1:28 | 2.90 | ***** |
| 800 752-0810 | 1 | 0.00 | 1:18:0 | 0.00 | 1:18 | 0.20 | ***** |
| 800 773-2982 | 1,199 | 0.42 | 3,128:24:0 | 0.34 | 2:36 | 486.74 | ***** |
| 800 985-4660 | 212 | 0.07 | 775:42:0 | 0.08 | 3:39 | 115.96 | ***** |
| 866 274-1981 | 2 | 0.00 | 1:00:0 | 0.00 | 0:30 | 0.20 | ***** |
| 888 830-3009 | 42 | 0.01 | 235:48:0 | 0.02 | 5:36 | 43.77 | ***** |
| **Total For Billing Number: 511470 EQKAD** | **21,006** | **7.41** | **62,617:42:0** | **6.92** | **2:58** | **$9,625.33** | ***** |
| **Billing Number: 511470 EQKAE** | | | | | | | |

| BTN/RTN/RA/MIN | Number of Calls | % of Calls | Duration | % of Duration | Avg Min/Call | Usage Amount | % of Usage |
|---|---|---|---|---|---|---|---|
| **Billing Number: 511470 EQKAE** | | | | | | | |
| 800 283-6199 | 9 | 0.00 | 12:18:0 | 0.00 | 1:22 | 1.86 | ***** |
| 800 325-7611 | 1,429 | 0.50 | 4,327:06:0 | 0.47 | 3:01 | 660.51 | ***** |
| 800 377-5205 | 11 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 549-5750 | 3 | 0.00 | 3:54:0 | 0.00 | 1:18 | 0.78 | ***** |
| 800 737-8729 | 76 | 0.02 | 149:00:0 | 0.01 | 1:57 | 22.52 | ***** |
| 800 850-3360 | 5 | 0.00 | 4:54:0 | 0.00 | 0:58 | 0.75 | ***** |
| 877 808-5225 | 4 | 0.00 | 2:48:0 | 0.00 | 0:42 | 0.45 | ***** |
| 888 757-8733 | 14 | 0.00 | 8:42:0 | 0.00 | 0:37 | 1.74 | ***** |
| **Total For Billing Number: 511470 EQKAE** | **1,551** | **0.54** | **4,508:42:0** | **0.49** | **2:54** | **$688.61** | ***** |
| **Billing Number: 511470 EQKAF** | | | | | | | |
| 800 248-9515 | 151 | 0.05 | 1,014:18:0 | 0.11 | 6:43 | 207.32 | ***** |
| 800 276-0888 | 18 | 0.00 | 13:54:0 | 0.00 | 0:46 | 6.34 | ***** |
| 888 322-3161 | 198 | 0.06 | 1,090:48:0 | 0.12 | 5:30 | 216.18 | ***** |
| 888 456-7255 | 104 | 0.03 | 629:48:0 | 0.06 | 6:03 | 127.47 | ***** |
| 888 554-8873 | 18 | 0.00 | 5:06:0 | 0.00 | 0:17 | 1.02 | ***** |
| 888 832-5506 | 2 | 0.00 | 0:36:0 | 0.00 | 0:18 | 0.12 | ***** |
| 888 832-9139 | 3 | 0.00 | 0:36:0 | 0.00 | 0:12 | 0.12 | ***** |
| 888 922-9024 | 164 | 0.05 | 528:42:0 | 0.05 | 3:13 | 105.01 | ***** |
| **Total For Billing Number: 511470 EQKAF** | **658** | **0.23** | **3,283:48:0** | **0.36** | **4:59** | **$663.58** | ***** |
| **Billing Number: 511470 EQKAG** | | | | | | | |
| 800 603-8036 | 132 | 0.04 | 372:24:0 | 0.04 | 2:49 | 79.57 | ***** |
| **Total For Billing Number: 511470 EQKAG** | **132** | **0.04** | **372:24:0** | **0.04** | **2:49** | **$79.57** | ***** |
| **Billing Number: 511470 EQKAH** | | | | | | | |
| 800 516-8341 | 48 | 0.01 | 174:00:0 | 0.01 | 3:37 | 34.96 | ***** |
| **Total For Billing Number: 511470 EQKAH** | **48** | **0.01** | **174:00:0** | **0.01** | **3:37** | **$34.96** | ***** |
| **Billing Number: 511470 EQKAQ** | | | | | | | |
| 877 448-8873 | 98 | 0.03 | 514:06:0 | 0.05 | 5:14 | 102.83 | ***** |
| **Total For Billing Number: 511470 EQKAQ** | **98** | **0.03** | **514:06:0** | **0.05** | **5:14** | **$102.83** | ***** |
| **Billing Number: 511470 EQKAS** | | | | | | | |
| 877 257-1010 | 1,502 | 0.53 | 4,786:42:0 | 0.52 | 3:11 | 724.67 | ***** |
| **Total For Billing Number: 511470 EQKAS** | **1,502** | **0.53** | **4,786:42:0** | **0.52** | **3:11** | **$724.67** | ***** |
| **Billing Number: 511470 EQKAU** | | | | | | | |
| 877 556-8134 | 112 | 0.03 | 218:48:0 | 0.02 | 1:57 | 28.35 | ***** |
| **Total For Billing Number: 511470 EQKAU** | **112** | **0.03** | **218:48:0** | **0.02** | **1:57** | **$28.35** | ***** |
| **Billing Number: 511470 EQKBA** | | | | | | | |
| 800 205-3944 | 7,966 | 2.81 | 29,144:54:0 | 3.22 | 3:39 | 4,343.79 | ***** |
| 800 333-0242 | 717 | 0.25 | 4,112:00:0 | 0.45 | 5:44 | 605.22 | ***** |
| 800 342-1687 | 266 | 0.09 | 1,335:42:0 | 0.14 | 5:01 | 208.82 | ***** |
| 800 345-7649 | 281 | 0.09 | 717:24:0 | 0.07 | 2:33 | 142.59 | ***** |
| 800 348-4012 | 2,172 | 0.76 | 7,158:48:0 | 0.79 | 3:17 | 1,065.17 | ***** |
| 800 475-0195 | 1,318 | 0.46 | 3,675:42:0 | 0.40 | 2:47 | 547.42 | ***** |
| 800 475-0290 | 1,737 | 0.61 | 5,958:30:0 | 0.65 | 3:25 | 877.62 | ***** |
| 888 355-8450 | 42 | 0.01 | 246:42:0 | 0.02 | 5:52 | 50.27 | ***** |
| 888 554-5263 | 19 | 0.00 | 15:36:0 | 0.00 | 0:49 | 3.12 | ***** |
| **Total For Billing Number: 511470 EQKBA** | **14,518** | **5.12** | **52,365:18:0** | **5.79** | **3:36** | **$7,844.02** | ***** |
| **Billing Number: 511470 EQKBB** | | | | | | | |

| BTN/RTN/RA/MIN | Number of Calls | % of Calls | Duration | % of Duration | Avg Min/Call | Usage Amount | % of Usage |
|---|---|---|---|---|---|---|---|
| **Billing Number: 511470 EQKBB** | | | | | | | |
| 800 247-0966 | 13 | 0.00 | 90:30:0 | 0.01 | 6:57 | 18.10 | ***** |
| 800 395-1180 | 2,438 | 0.86 | 5,812:30:0 | 0.64 | 2:23 | 921.17 | ***** |
| 800 395-4044 | 9,823 | 3.46 | 23,976:00:0 | 2.65 | 2:26 | 3,667.00 | ***** |
| 800 395-7077 | 192 | 0.06 | 389:42:0 | 0.04 | 2:01 | 59.12 | ***** |
| 800 443-8841 | 76 | 0.02 | 156:18:0 | 0.01 | 2:03 | 31.58 | ***** |
| 800 549-1490 | 27 | 0.00 | 52:06:0 | 0.00 | 1:55 | 10.42 | ***** |
| 866 282-4710 | 19 | 0.00 | 2,711:00:0 | 0.29 | 142:41 | 715.88 | ***** |
| 877 416-0940 | 142 | 0.05 | 136:12:0 | 0.01 | 0:57 | 27.30 | ***** |
| 877 416-0941 | 727 | 0.25 | 1,423:12:0 | 0.15 | 1:57 | 215.40 | ***** |
| 877 648-0647 | 238 | 0.08 | 570:06:0 | 0.06 | 2:23 | 122.26 | ***** |
| 877 711-6194 | 1 | 0.00 | 1:00:0 | 0.00 | 1:00 | 0.27 | ***** |
| 877 811-7427 | 13 | 0.00 | 20:36:0 | 0.00 | 1:35 | 4.12 | ***** |
| 888 583-6077 | 41 | 0.01 | 21:00:0 | 0.00 | 0:30 | 4.25 | ***** |
| 888 583-6272 | 11 | 0.00 | 32:06:0 | 0.00 | 2:55 | 4.84 | ***** |
| 888 830-3006 | 54 | 0.01 | 94:48:0 | 0.01 | 1:45 | 19.16 | ***** |
| **Total For Billing Number: 511470 EQKBB** | **13,815** | **4.87** | **35,487:06:0** | **3.92** | **2:34** | **$5,820.87** | ***** |
| **Billing Number: 511470 EQKBG** | | | | | | | |
| 866 253-4486 | 1,004 | 0.35 | 2,474:30:0 | 0.27 | 2:27 | 372.31 | ***** |
| **Total For Billing Number: 511470 EQKBG** | **1,004** | **0.35** | **2,474:30:0** | **0.27** | **2:27** | **$372.31** | ***** |
| **Billing Number: 511470 EQKFA** | | | | | | | |
| 800 276-4835 | 4 | 0.00 | 3:54:0 | 0.00 | 0:58 | 0.59 | ***** |
| 800 306-9041 | 33 | 0.01 | 181:06:0 | 0.02 | 5:29 | 27.28 | ***** |
| 800 311-1964 | 195 | 0.06 | 535:00:0 | 0.05 | 2:44 | 79.86 | ***** |
| 800 370-4761 | 1,793 | 0.63 | 8,022:36:0 | 0.88 | 4:28 | 1,212.02 | ***** |
| 800 375-4047 | 4 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 564-6809 | 343 | 0.12 | 353:24:0 | 0.03 | 1:01 | 53.55 | ***** |
| 800 704-5208 | 11 | 0.00 | 7:42:0 | 0.00 | 0:42 | 1.17 | ***** |
| 800 832-2525 | 130 | 0.04 | 40:06:0 | 0.00 | 0:18 | 6.88 | ***** |
| 800 945-6445 | 62 | 0.02 | 86:12:0 | 0.00 | 1:23 | 14.57 | ***** |
| 866 844-8398 | 259 | 0.09 | 1,437:30:0 | 0.15 | 5:33 | 212.63 | ***** |
| 866 992-5835 | 1 | 0.00 | 1:24:0 | 0.00 | 1:24 | 0.21 | ***** |
| 877 308-5237 | 1 | 0.00 | 0:18:0 | 0.00 | 0:18 | 0.05 | ***** |
| 877 319-7413 | 1 | 0.00 | 0:42:0 | 0.00 | 0:42 | 0.11 | ***** |
| 888 238-4469 | 1 | 0.00 | 1:12:0 | 0.00 | 1:12 | 0.18 | ***** |
| 888 832-8032 | 3,983 | 1.40 | 24,158:06:0 | 2.67 | 6:03 | 3,633.65 | ***** |
| 888 832-8308 | 800 | 0.28 | 3,830:24:0 | 0.42 | 4:47 | 576.60 | ***** |
| 888 832-8312 | 3,810 | 1.34 | 11,888:54:0 | 1.31 | 3:07 | 1,772.67 | ***** |
| 888 832-8313 | 14 | 0.00 | 32:54:0 | 0.00 | 2:21 | 4.98 | ***** |
| **Total For Billing Number: 511470 EQKFA** | **11,445** | **4.04** | **50,581:24:0** | **5.59** | **4:25** | **$7,597.00** | ***** |
| **Billing Number: 511470 EQKGA** | | | | | | | |
| 800 253-3256 | 26 | 0.00 | 9:36:0 | 0.00 | 0:22 | 3.43 | ***** |
| 800 270-7649 | 12 | 0.00 | 8:24:0 | 0.00 | 0:42 | 1.23 | ***** |
| 800 291-3616 | 4 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 339-9723 | 3 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 343-0053 | 70 | 0.02 | 34:36:0 | 0.00 | 0:29 | 5.77 | ***** |
| 800 343-9168 | 4 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 350-4378 | 7 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 351-4168 | 16 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |
| 800 546-6570 | 14 | 0.00 | 7:36:0 | 0.00 | 0:32 | 2.60 | ***** |
| 800 549-1560 | 1 | 0.00 | 0:48:0 | 0.00 | 0:48 | 0.12 | ***** |
| 800 549-5740 | 1 | 0.00 | 0:00:0 | 0.00 | 0:00 | 0.00 | ***** |

Bill Date: 01/11/04
Query:
Billing Cycle: 12/11/03 - 01/10/04
COMWARE SYSTEMS INC

AT&T Billing Edge
VTNS Outbound
Call Summary by BTN/RTN/RA/MIN



| BTN/RTN/RA/MIN | BTN/RTN/RA/MIN Desc | Number of Calls | % of Calls | Duration | % of Duration | Usage Amount | % of Usage |
|---|---|---|---|---|---|---|---|
| 201 461-6886 | | 235 | 0.02 | 708:18:0 | 0.02 | 127.05 | 0.02 |
| 202 637-3800 | | 3,486 | 0.23 | 13,115:23:0 | 0.32 | 1,522.96 | 0.33 |
| 205 562-0073 | | 112 | 0.01 | 190:03:0 | 0.00 | 32.28 | 0.00 |
| 205 621-1911 | | 4 | 0.00 | 4:30:0 | 0.00 | 0.66 | 0.00 |
| 210 357-6120 | | 2,015 | 0.13 | 5,176:03:0 | 0.13 | 1,129.53 | 0.24 |
| 214 357-4019 | | 697 | 0.05 | 2,201:42:0 | 0.05 | 393.86 | 0.08 |
| 215 412-5700 | | 10,331 | 0.67 | 26,136:51:0 | 0.64 | 2,080.09 | 0.45 |
| 217 892-9200 | | 303 | 0.02 | 401:48:0 | 0.01 | 75.97 | 0.01 |
| 217 892-9210 | | 669 | 0.04 | 1,112:48:0 | 0.03 | 215.07 | 0.04 |
| 225 766-4448 | | 8 | 0.00 | 56:30:0 | 0.00 | 11.24 | 0.00 |
| 225 775-2660 | | 768 | 0.05 | 1,554:39:0 | 0.04 | 284.37 | 0.06 |
| 229 924-4119 | | 4 | 0.00 | 4:24:0 | 0.00 | 0.82 | 0.00 |
| 231 733-1331 | | 2,856 | 0.19 | 8,855:40:0 | 0.22 | 1,449.38 | 0.31 |
| 231 946-8410 | | 11,881 | 0.78 | 28,099:23:0 | 0.69 | 3,317.05 | 0.73 |
| 248 203-6969 | | 101 | 0.01 | 61:00:0 | 0.00 | 8.58 | 0.00 |
| 248 577-5480 | | 2,610 | 0.17 | 1,633:54:0 | 0.04 | 726.87 | 0.16 |
| 248 583-6600 | | 25 | 0.00 | 299:32:0 | 0.01 | 59.44 | 0.01 |
| 248 594-3857 | | 1 | 0.00 | 2:18:0 | 0.00 | 0.35 | 0.00 |
| 248 594-8752 | | 150 | 0.01 | 314:00:0 | 0.01 | 56.74 | 0.01 |
| 248 616-3976 | | 51 | 0.00 | 223:54:0 | 0.01 | 124.21 | 0.02 |
| 248 616-5100 | | 8 | 0.00 | 16:24:0 | 0.00 | 2.60 | 0.00 |
| 248 642-1775 | | 55 | 0.00 | 179:54:0 | 0.00 | 32.79 | 0.00 |
| 248 723-2193 | | 3 | 0.00 | 41:48:0 | 0.00 | 6.27 | 0.00 |
| 248 723-7800 | | 3,008 | 0.20 | 13,159:28:0 | 0.32 | 1,498.86 | 0.33 |
| 248 733-1742 | | 11,027 | 0.72 | 42,878:16:0 | 1.05 | 4,948.76 | 1.09 |
| 248 879-8135 | | 4 | 0.00 | 9:00:0 | 0.00 | 1.64 | 0.00 |
| 248 879-8660 | | 14,503 | 0.95 | 60,704:33:0 | 1.49 | 7,156.53 | 1.57 |
| 248 879-8983 | | 212 | 0.01 | 815:42:0 | 0.02 | 135.02 | 0.02 |
| 251 928-7878 | | 1 | 0.00 | 2:00:0 | 0.00 | 0.22 | 0.00 |
| 260 488-4838 | | 57 | 0.00 | 380:26:0 | 0.01 | 68.69 | 0.01 |
| 260 589-2136 | | 3,199 | 0.21 | 9,266:06:0 | 0.23 | 1,169.79 | 0.25 |
| 260 665-9457 | | 623 | 0.04 | 1,630:24:0 | 0.04 | 265.72 | 0.05 |
| 260 897-3250 | | 8,522 | 0.56 | 27,341:42:0 | 0.67 | 2,900.24 | 0.63 |
| 262 284-5571 | | 20,288 | 1.32 | 56,251:36:0 | 1.38 | 6,923.21 | 1.52 |
| 262 284-8818 | | 368 | 0.02 | 3,448:36:0 | 0.08 | 642.05 | 0.14 |
| 262 284-9021 | | 28 | 0.00 | 8:24:0 | 0.00 | 1.33 | 0.00 |
| 269 660-1019 | | 84 | 0.01 | 218:00:0 | 0.01 | 41.33 | 0.00 |
| 269 965-6784 | | 2 | 0.00 | 2:48:0 | 0.00 | 0.38 | 0.00 |
| 269 966-4600 | | 11,462 | 0.75 | 36,239:32:0 | 0.89 | 3,832.00 | 0.84 |
| 270 846-4616 | | 5 | 0.00 | 236:42:0 | 0.01 | 43.52 | 0.00 |
| 276 228-8141 | | 5,298 | 0.35 | 15,859:25:0 | 0.39 | 1,425.88 | 0.31 |
| 276 228-8142 | | 217 | 0.01 | 548:36:0 | 0.01 | 96.78 | 0.02 |
| 281 441-1101 | | 492 | 0.03 | 1,164:19:0 | 0.03 | 206.70 | 0.04 |
| 281 933-2900 | | 1,116 | 0.07 | 4,136:08:0 | 0.10 | 522.38 | 0.11 |
| 301 274-5360 | | 51 | 0.00 | 142:00:0 | 0.00 | 20.03 | 0.00 |
| 303 297-3670 | | 10 | 0.00 | 30:30:0 | 0.00 | 6.10 | 0.00 |
| 303 680-5020 | | 132 | 0.01 | 560:12:0 | 0.01 | 102.58 | 0.02 |
| 303 985-1030 | | 637 | 0.04 | 2,223:06:0 | 0.05 | 297.16 | 0.06 |
| 305 406-1315 | | 44 | 0.00 | 125:18:0 | 0.00 | 53.47 | 0.01 |
| 313 267-3900 | | 11,602 | 0.76 | 24,534:55:0 | 0.60 | 1,973.02 | 0.43 |
| 314 631-6023 | | 42 | 0.00 | 90:06:0 | 0.00 | 18.01 | 0.00 |
| 316 206-4199 | | 1,772 | 0.12 | 1,795:00:0 | 0.04 | 488.35 | 0.10 |
| 316 383-9949 | | 20 | 0.00 | 69:12:0 | 0.00 | 10.19 | 0.00 |
| 316 517-0000 | | 38,511 | 2.51 | 145,648:49:0 | 3.57 | 22,228.84 | 4.89 |
| 316 529-6700 | | 16 | 0.00 | 61:54:0 | 0.00 | 11.82 | 0.00 |

Note: This report may include Zero Rated Calling Plans.

| BTN/RTN/RA/MIN | BTN/RTN/RA/MIN Desc | Number of Calls | % of Calls | Duration | % of Duration | Usage Amount | % of Usage |
|---|---|---|---|---|---|---|---|
| 316 660-1200 | | 9,004 | 0.59 | 25,616:20:0 | 0.63 | 5,308.57 | 1.16 |
| 316 685-9111 | | 21 | 0.00 | 32:30:0 | 0.00 | 4.55 | 0.00 |
| 316 688-4000 | | 498 | 0.03 | 2,803:26:0 | 0.07 | 1,139.65 | 0.25 |
| 316 831-5700 | | 529 | 0.03 | 525:12:0 | 0.01 | 276.86 | 0.06 |
| 316 858-1155 | | 6 | 0.00 | 9:54:0 | 0.00 | 1.50 | 0.00 |
| 316 942-7745 | | 16 | 0.00 | 64:06:0 | 0.00 | 9.59 | 0.00 |
| 316 942-7755 | | 1 | 0.00 | 0:18:0 | 0.00 | 0.04 | 0.00 |
| 316 946-6000 | | 447 | 0.03 | 1,241:00:0 | 0.03 | 240.92 | 0.05 |
| 317 487-8525 | | 646 | 0.04 | 1,052:06:0 | 0.03 | 192.15 | 0.04 |
| 317 594-9853 | | 116 | 0.01 | 433:54:0 | 0.01 | 45.81 | 0.01 |
| 318 687-3804 | | 9 | 0.00 | 6:54:0 | 0.00 | 1.38 | 0.00 |
| 319 465-3537 | | 3,217 | 0.21 | 7,799:03:0 | 0.19 | 1,120.39 | 0.24 |
| 321 729-9944 | | 56 | 0.00 | 366:12:0 | 0.01 | 73.19 | 0.01 |
| 330 448-0702 | | 281 | 0.02 | 1,358:48:0 | 0.03 | 264.89 | 0.05 |
| 330 626-7800 | | 11,226 | 0.73 | 38,798:20:0 | 0.95 | 4,720.40 | 1.03 |
| 330 626-8155 | | 5,447 | 0.36 | 9,085:21:0 | 0.22 | 1,695.28 | 0.37 |
| 330 828-0200 | | 227 | 0.01 | 493:48:0 | 0.01 | 78.86 | 0.01 |
| 330 828-0781 | | 18 | 0.00 | 281:18:0 | 0.01 | 59.87 | 0.01 |
| 334 244-1887 | | 387 | 0.03 | 1,091:48:0 | 0.03 | 163.53 | 0.03 |
| 334 265-2088 | | 6 | 0.00 | 11:12:0 | 0.00 | 1.94 | 0.00 |
| 334 598-9459 | | 303 | 0.02 | 923:12:0 | 0.02 | 163.97 | 0.03 |
| 336 605-7000 | | 1,604 | 0.10 | 3,419:52:0 | 0.08 | 624.39 | 0.13 |
| 336 668-9288 | | 8 | 0.00 | 9:48:0 | 0.00 | 1.88 | 0.00 |
| 337 886-9672 | | 71 | 0.00 | 254:00:0 | 0.01 | 40.24 | 0.00 |
| 401 295-0061 | | 41 | 0.00 | 213:24:0 | 0.01 | 38.90 | 0.00 |
| 401 421-2878 | | 9 | 0.00 | 6:48:0 | 0.00 | 1.36 | 0.00 |
| 401 457-2200 | | 15,906 | 1.04 | 99,093:36:0 | 2.43 | 42,084.94 | 9.27 |
| 401 457-4441 | | 16 | 0.00 | 60:54:0 | 0.00 | 10.12 | 0.00 |
| 401 463-9091 | | 24,772 | 1.62 | 51,290:39:0 | 1.26 | 6,456.12 | 1.42 |
| 401 588-3400 | | 47,553 | 3.11 | 192,001:20:0 | 4.70 | 22,218.98 | 4.89 |
| 401 588-3700 | | 26,368 | 1.72 | 108,145:33:0 | 2.65 | 10,882.60 | 2.39 |
| 401 621-4200 | | 16 | 0.00 | 22:54:0 | 0.00 | 1.92 | 0.00 |
| 401 621-7024 | | 34 | 0.00 | 129:36:0 | 0.00 | 23.41 | 0.00 |
| 401 732-1820 | | 43 | 0.00 | 37:12:0 | 0.00 | 7.39 | 0.00 |
| 402 451-5553 | | 16 | 0.00 | 16:18:0 | 0.00 | 2.50 | 0.00 |
| 407 240-0572 | | 502 | 0.03 | 787:12:0 | 0.02 | 190.68 | 0.04 |
| 407 834-4400 | | 1,924 | 0.13 | 4,271:06:0 | 0.10 | 418.29 | 0.09 |
| 407 859-0488 | | 4 | 0.00 | 8:48:0 | 0.00 | 1.68 | 0.00 |
| 407 859-1245 | | 2,050 | 0.13 | 5,962:13:0 | 0.15 | 1,602.02 | 0.35 |
| 409 763-6090 | | 41 | 0.00 | 118:30:0 | 0.00 | 20.92 | 0.00 |
| 410 635-3100 | | 116 | 0.01 | 448:36:0 | 0.01 | 72.44 | 0.01 |
| 413 458-1000 | | 13,191 | 0.86 | 18,609:10:0 | 0.46 | 2,653.67 | 0.58 |
| 413 458-1001 | | 1,488 | 0.10 | 2,002:18:0 | 0.05 | 346.93 | 0.07 |
| 414 481-5192 | | 4 | 0.00 | 8:48:0 | 0.00 | 1.60 | 0.00 |
| 414 744-0593 | | 235 | 0.02 | 471:00:0 | 0.01 | 92.91 | 0.02 |
| 414 744-1500 | | 1,793 | 0.12 | 4,466:55:0 | 0.11 | 840.29 | 0.18 |
| 419 866-5876 | | 8 | 0.00 | 17:48:0 | 0.00 | 3.24 | 0.00 |
| 419 866-6761 | | 1,225 | 0.08 | 3,042:42:0 | 0.07 | 538.07 | 0.11 |
| 423 745-8488 | | 11 | 0.00 | 52:24:0 | 0.00 | 6.11 | 0.00 |
| 425 348-4100 | | 973 | 0.06 | 2,864:54:0 | 0.07 | 536.28 | 0.11 |
| 440 934-2492 | | 112 | 0.01 | 436:24:0 | 0.01 | 77.19 | 0.01 |
| 479 238-1200 | | 360,269 | 23.53 | 237,089:24:0 | 5.81 | 36,887.10 | 8.12 |
| 480 497-1401 | | 406 | 0.03 | 1,816:18:0 | 0.04 | 601.97 | 0.13 |
| 480 899-9200 | | 592 | 0.04 | 1,262:24:0 | 0.03 | 253.96 | 0.05 |
| 480 966-2931 | | 2,505 | 0.16 | 6,779:12:0 | 0.17 | 1,013.39 | 0.22 |

Bill Date: 01/11/04
Query:
Billing Cycle: 12/11/03 - 01/10/04
COMWARE SYSTEMS INC

AT&T Billing Edge
VTNS Outbound
Call Summary by BTN/RTN/RA/MIN

Report Date: 06/21/06


| BTN/RTN/RA/MIN | BTN/RTN/RA/MIN Desc | Number of Calls | % of Calls | Duration | % of Duration | Usage Amount | % of Usage |
|---|---|---|---|---|---|---|---|
| 501 374-1075 | | 271 | 0.02 | 228:28:0 | 0.01 | 539.29 | 0.11 |
| 502 451-4211 | | 8 | 0.00 | 17:36:0 | 0.00 | 2.08 | 0.00 |
| 502 961-5000 | | 2,109 | 0.14 | 5,139:00:0 | 0.13 | 263.93 | 0.05 |
| 502 966-0550 | | 45 | 0.00 | 48:42:0 | 0.00 | 9.59 | 0.00 |
| 503 289-4911 | | 484 | 0.03 | 1,616:30:0 | 0.04 | 218.01 | 0.04 |
| 503 636-2560 | | 31 | 0.00 | 126:48:0 | 0.00 | 18.26 | 0.00 |
| 503 675-5400 | | 17,277 | 1.13 | 49,654:29:0 | 1.22 | 6,776.64 | 1.49 |
| 504 254-4912 | | 4,311 | 0.28 | 15,797:57:0 | 0.39 | 2,298.15 | 0.50 |
| 504 255-0550 | | 69 | 0.00 | 238:54:0 | 0.01 | 47.38 | 0.01 |
| 504 944-9403 | | 39 | 0.00 | 86:06:0 | 0.00 | 15.70 | 0.00 |
| 508 238-3608 | | 153 | 0.01 | 529:39:0 | 0.01 | 95.50 | 0.02 |
| 510 352-6011 | | 724 | 0.05 | 2,610:12:0 | 0.06 | 383.64 | 0.08 |
| 513 539-2751 | | 1,202 | 0.08 | 3,301:07:0 | 0.08 | 328.35 | 0.07 |
| 513 554-1811 | | 175 | 0.01 | 848:24:0 | 0.02 | 136.06 | 0.03 |
| 515 963-0877 | | 72 | 0.00 | 407:06:0 | 0.01 | 53.00 | 0.01 |
| 517 323-0104 | | 16 | 0.00 | 24:24:0 | 0.00 | 4.02 | 0.00 |
| 517 750-3414 | | 1,298 | 0.08 | 3,769:42:0 | 0.09 | 658.77 | 0.14 |
| 540 674-1900 | | 846 | 0.06 | 5,467:53:0 | 0.13 | 1,040.56 | 0.22 |
| 541 598-0000 | | 16,484 | 1.08 | 59,864:20:0 | 1.47 | 8,968.14 | 1.97 |
| 561 883-1661 | | 289 | 0.02 | 1,505:00:0 | 0.04 | 574.33 | 0.12 |
| 562 424-4451 | | 346 | 0.02 | 1,250:48:0 | 0.03 | 238.64 | 0.05 |
| 562 427-4878 | | 1,794 | 0.12 | 3,778:33:0 | 0.09 | 545.21 | 0.12 |
| 562 595-0304 | | 12 | 0.00 | 26:30:0 | 0.00 | 5.22 | 0.00 |
| 562 622-2380 | | 394 | 0.03 | 1,192:00:0 | 0.03 | 225.35 | 0.04 |
| 562 997-7101 | | 82 | 0.01 | 73:00:0 | 0.00 | 10.96 | 0.00 |
| 563 382-2001 | | 161 | 0.01 | 70:36:0 | 0.00 | 22.33 | 0.00 |
| 563 382-4216 | | 25,255 | 1.65 | 65,022:18:0 | 1.59 | 6,304.11 | 1.38 |
| 563 568-2909 | | 43 | 0.00 | 133:00:0 | 0.00 | 23.12 | 0.00 |
| 570 323-6181 | | 18,319 | 1.20 | 55,737:20:0 | 1.37 | 5,167.18 | 1.13 |
| 574 223-3131 | | 4,041 | 0.26 | 10,755:29:0 | 0.26 | 1,978.41 | 0.43 |
| 574 722-5168 | | 9,868 | 0.64 | 24,240:24:0 | 0.59 | 2,413.78 | 0.53 |
| 586 254-3900 | | 4,016 | 0.26 | 12,005:18:0 | 0.29 | 1,473.39 | 0.32 |
| 586 716-2434 | | 4 | 0.00 | 26:06:0 | 0.00 | 5.22 | 0.00 |
| 586 754-3300 | | 209 | 0.01 | 937:12:0 | 0.02 | 182.27 | 0.04 |
| 586 756-5356 | | 5 | 0.00 | 11:06:0 | 0.00 | 1.94 | 0.00 |
| 586 758-0560 | | 9 | 0.00 | 18:12:0 | 0.00 | 3.07 | 0.00 |
| 586 777-0013 | | 119 | 0.01 | 779:36:0 | 0.02 | 142.94 | 0.03 |
| 602 438-4060 | | 1,068 | 0.07 | 6,797:09:0 | 0.17 | 560.98 | 0.12 |
| 603 755-4200 | | 2 | 0.00 | 4:48:0 | 0.00 | 0.96 | 0.00 |
| 606 845-2511 | | 1,016 | 0.07 | 5,340:42:0 | 0.13 | 1,023.04 | 0.22 |
| 610 254-9950 | | 1,208 | 0.08 | 5,490:56:0 | 0.13 | 645.62 | 0.14 |
| 612 847-1700 | | 21,472 | 1.40 | 57,150:32:0 | 1.40 | 7,413.77 | 1.63 |
| 614 324-6660 | | 266 | 0.02 | 2,359:00:0 | 0.06 | 431.16 | 0.09 |
| 615 361-2000 | | 835 | 0.05 | 2,504:48:0 | 0.06 | 497.53 | 0.10 |
| 616 392-1461 | | 416 | 0.03 | 1,898:12:0 | 0.05 | 317.83 | 0.07 |
| 616 494-3200 | | 2 | 0.00 | 0:36:0 | 0.00 | 0.10 | 0.00 |
| 620 332-0000 | | 7,717 | 0.50 | 19,467:06:0 | 0.48 | 2,334.80 | 0.51 |
| 620 421-2440 | | 66 | 0.00 | 142:24:0 | 0.00 | 14.50 | 0.00 |
| 620 421-4633 | | 132 | 0.01 | 271:36:0 | 0.01 | 28.67 | 0.00 |
| 630 548-9560 | | 32 | 0.00 | 115:30:0 | 0.00 | 22.05 | 0.00 |
| 636 939-3339 | | 91 | 0.01 | 303:12:0 | 0.01 | 39.81 | 0.00 |
| 651 454-4300 | | 201 | 0.01 | 406:54:0 | 0.01 | 76.77 | 0.01 |
| 651 686-1270 | | 1,050 | 0.07 | 2,032:48:0 | 0.05 | 382.29 | 0.08 |
| 661 257-3017 | | 1 | 0.00 | 22:42:0 | 0.00 | 1.82 | 0.00 |
| 661 259-9622 | | 15 | 0.00 | 26:54:0 | 0.00 | 3.68 | 0.00 |

Note: This report may include Zero Rated Calling Plans.

Bill Date: 01/11/04
Query:
Billing Cycle: 12/11/03 - 01/10/04
COMWARE SYSTEMS INC

AT&T Billing Edge
VTNS Outbound
Call Summary by BTN/RTN/RA/MIN



| BTN/RTN/RA/MIN | BTN/RTN/RA/MIN Desc | Number of Calls | % of Calls | Duration | % of Duration | Usage Amount | % of Usage |
|---|---|---|---|---|---|---|---|
| 661 294-6000 | | 25,401 | 1.66 | 78,572:50:0 | 1.92 | 6,113.67 | 1.34 |
| 662 841-0022 | | 57 | 0.00 | 113:18:0 | 0.00 | 21.17 | 0.00 |
| 678 366-2497 | | 16 | 0.00 | 22:48:0 | 0.00 | 4.12 | 0.00 |
| 678 493-2222 | | 2 | 0.00 | 9:48:0 | 0.00 | 1.39 | 0.00 |
| 678 546-8861 | | 23 | 0.00 | 77:36:0 | 0.00 | 12.96 | 0.00 |
| 678 560-1554 | | 167 | 0.01 | 1,244:48:0 | 0.03 | 240.16 | 0.05 |
| 682 831-0218 | | 94 | 0.01 | 200:30:0 | 0.00 | 35.41 | 0.00 |
| 693 191-0000 | | 16 | 0.00 | 22:48:0 | 0.00 | 4.08 | 0.00 |
| 701 742-3284 | | 1,691 | 0.11 | 3,865:04:0 | 0.09 | 306.03 | 0.06 |
| 701 742-3731 | | 6 | 0.00 | 7:42:0 | 0.00 | 1.51 | 0.00 |
| 701 742-4200 | | 142 | 0.01 | 257:18:0 | 0.01 | 50.49 | 0.01 |
| 702 642-3812 | | 63 | 0.00 | 43:30:0 | 0.00 | 7.83 | 0.00 |
| 702 642-8656 | | 198 | 0.01 | 739:48:0 | 0.02 | 34.36 | 0.00 |
| 703 538-5416 | | 25 | 0.00 | 263:30:0 | 0.01 | 53.02 | 0.01 |
| 704 504-6600 | | 9,099 | 0.59 | 38,042:10:0 | 0.93 | 3,612.52 | 0.79 |
| 704 509-4790 | | 10 | 0.00 | 39:36:0 | 0.00 | 6.92 | 0.00 |
| 704 543-9555 | | 13 | 0.00 | 62:30:0 | 0.00 | 12.21 | 0.00 |
| 704 583-5370 | | 8 | 0.00 | 17:30:0 | 0.00 | 2.78 | 0.00 |
| 704 587-5980 | | 1 | 0.00 | 1:30:0 | 0.00 | 0.23 | 0.00 |
| 704 588-2098 | | 38 | 0.00 | 74:40:0 | 0.00 | 57.66 | 0.01 |
| 704 588-4541 | | 8 | 0.00 | 17:18:0 | 0.00 | 2.74 | 0.00 |
| 704 588-5120 | | 24,320 | 1.59 | 93,589:35:0 | 2.29 | 7,834.93 | 1.72 |
| 704 598-3539 | | 1,397 | 0.09 | 3,214:57:0 | 0.08 | 560.97 | 0.12 |
| 704 716-9111 | | 3,961 | 0.26 | 13,207:43:0 | 0.32 | 1,771.35 | 0.39 |
| 704 888-3583 | | 9,327 | 0.61 | 22,386:38:0 | 0.55 | 2,032.43 | 0.44 |
| 706 356-8899 | | 5,357 | 0.35 | 17,240:30:0 | 0.42 | 2,072.45 | 0.45 |
| 706 569-2100 | | 12,632 | 0.82 | 34,675:19:0 | 0.85 | 2,609.10 | 0.57 |
| 706 779-2061 | | 665 | 0.04 | 646:48:0 | 0.02 | 140.06 | 0.03 |
| 706 790-0478 | | 17 | 0.00 | 75:48:0 | 0.00 | 9.54 | 0.00 |
| 706 792-5777 | | 16 | 0.00 | 54:00:0 | 0.00 | 9.12 | 0.00 |
| 706 798-4311 | | 47,633 | 3.11 | 126,951:49:0 | 3.11 | 18,327.44 | 4.03 |
| 706 798-4320 | | 1 | 0.00 | 3:36:0 | 0.00 | 0.72 | 0.00 |
| 706 798-4929 | | 34 | 0.00 | 40:30:0 | 0.00 | 6.56 | 0.00 |
| 706 798-6582 | | 16 | 0.00 | 45:30:0 | 0.00 | 5.63 | 0.00 |
| 706 854-1740 | | 2 | 0.00 | 1:30:0 | 0.00 | 0.28 | 0.00 |
| 707 421-8000 | | 75 | 0.00 | 238:48:0 | 0.01 | 38.42 | 0.00 |
| 714 545-5511 | | 12,107 | 0.79 | 33,609:36:0 | 0.82 | 3,366.39 | 0.74 |
| 714 546-1014 | | 4 | 0.00 | 17:12:0 | 0.00 | 2.16 | 0.00 |
| 714 546-2511 | | 2 | 0.00 | 56:12:0 | 0.00 | 11.24 | 0.00 |
| 716 484-0809 | | 121 | 0.01 | 161:54:0 | 0.00 | 31.34 | 0.00 |
| 716 665-2063 | | 2,106 | 0.14 | 4,948:29:0 | 0.12 | 538.79 | 0.11 |
| 718 608-0916 | | 186 | 0.01 | 527:54:0 | 0.01 | 103.75 | 0.02 |
| 719 538-0064 | | 37 | 0.00 | 360:42:0 | 0.01 | 64.39 | 0.01 |
| 724 941-7247 | | 114 | 0.01 | 490:06:0 | 0.01 | 89.79 | 0.01 |
| 757 318-3961 | | 76 | 0.00 | 77:00:0 | 0.00 | 12.02 | 0.00 |
| 757 361-5814 | | 75 | 0.00 | 548:06:0 | 0.01 | 90.20 | 0.01 |
| 757 686-3095 | | 127 | 0.01 | 559:30:0 | 0.01 | 91.90 | 0.02 |
| 760 200-0098 | | 525 | 0.03 | 1,418:06:0 | 0.03 | 153.65 | 0.03 |
| 760 430-1157 | | 29 | 0.00 | 182:36:0 | 0.00 | 30.67 | 0.00 |
| 760 430-1197 | | 27 | 0.00 | 42:48:0 | 0.00 | 5.49 | 0.00 |
| 760 598-0267 | | 8 | 0.00 | 6:48:0 | 0.00 | 0.63 | 0.00 |
| 760 598-0957 | | 255 | 0.02 | 300:36:0 | 0.01 | 48.17 | 0.01 |
| 760 598-5634 | | 522 | 0.03 | 814:24:0 | 0.02 | 135.38 | 0.02 |
| 760 598-8900 | | 3,469 | 0.23 | 13,970:55:0 | 0.34 | 3,073.77 | 0.67 |
| 760 727-0935 | | 8 | 0.00 | 17:18:0 | 0.00 | 2.42 | 0.00 |

Note: This report may include Zero Rated Calling Plans.

Bill Date: 01/11/04
Query:
Billing Cycle: 12/11/03 - 01/10/04
COMWARE SYSTEMS INC

AT&T Billing Edge
VTNS Outbound
Call Summary by BTN/RTN/RA/MIN



| BTN/RTN/RA/MIN | BTN/RTN/RA/MIN Desc | Number of Calls | % of Calls | Duration | % of Duration | Usage Amount | % of Usage |
|---|---|---|---|---|---|---|---|
| 760 730-0307 | | 29 | 0.00 | 83:42:0 | 0.00 | 13.34 | 0.00 |
| 763 847-1769 | | 25 | 0.00 | 30:24:0 | 0.00 | 5.77 | 0.00 |
| 765 763-7213 | | 18 | 0.00 | 39:30:0 | 0.00 | 6.12 | 0.00 |
| 770 360-9600 | | 29,506 | 1.93 | 88,381:34:0 | 2.16 | 11,805.33 | 2.60 |
| 770 435-4040 | | 271 | 0.02 | 719:24:0 | 0.02 | 119.78 | 0.02 |
| 801 544-7653 | | 138 | 0.01 | 852:18:0 | 0.02 | 127.34 | 0.02 |
| 801 612-9474 | | 165 | 0.01 | 528:24:0 | 0.01 | 72.10 | 0.01 |
| 803 252-0157 | | 120 | 0.01 | 101:08:0 | 0.00 | 20.98 | 0.00 |
| 803 252-2386 | | 267 | 0.02 | 478:18:0 | 0.01 | 51.51 | 0.01 |
| 805 738-1025 | | 1,245 | 0.08 | 3,031:30:0 | 0.07 | 469.98 | 0.10 |
| 806 341-3690 | | 8,390 | 0.55 | 34,263:18:0 | 0.84 | 5,312.70 | 1.17 |
| 808 338-0080 | | 77 | 0.01 | 239:24:0 | 0.01 | 45.67 | 0.01 |
| 808 874-3200 | | 601 | 0.04 | 2,250:18:0 | 0.06 | 406.85 | 0.08 |
| 810 603-1096 | | 68 | 0.00 | 169:54:0 | 0.00 | 48.73 | 0.01 |
| 810 636-2233 | | 596 | 0.04 | 1,583:50:0 | 0.04 | 270.35 | 0.05 |
| 810 695-0800 | | 45 | 0.00 | 45:06:0 | 0.00 | 7.95 | 0.00 |
| 810 695-3250 | | 125 | 0.01 | 145:18:0 | 0.00 | 27.67 | 0.00 |
| 810 767-3216 | | 27 | 0.00 | 78:42:0 | 0.00 | 13.72 | 0.00 |
| 810 953-4500 | | 12,111 | 0.79 | 30,011:24:0 | 0.74 | 2,846.56 | 0.62 |
| 812 663-3636 | | 1,031 | 0.07 | 3,219:01:0 | 0.08 | 577.65 | 0.12 |
| 814 943-4808 | | 74 | 0.00 | 323:30:0 | 0.01 | 56.50 | 0.01 |
| 815 226-0007 | | 45 | 0.00 | 121:48:0 | 0.00 | 20.55 | 0.00 |
| 815 226-0027 | | 1 | 0.00 | 1:12:0 | 0.00 | 0.20 | 0.00 |
| 815 229-1871 | | 13 | 0.00 | 12:42:0 | 0.00 | 2.35 | 0.00 |
| 815 229-5499 | | 108 | 0.01 | 137:18:0 | 0.00 | 48.73 | 0.01 |
| 815 270-5200 | | 35,914 | 2.35 | 96,997:43:0 | 2.38 | 6,970.71 | 1.53 |
| 815 391-5965 | | 16 | 0.00 | 28:00:0 | 0.00 | 6.12 | 0.00 |
| 815 395-0770 | | 448 | 0.03 | 465:40:0 | 0.01 | 122.97 | 0.02 |
| 815 397-1000 | | 12 | 0.00 | 1,616:06:0 | 0.04 | 166.90 | 0.03 |
| 815 397-7070 | | 20,672 | 1.35 | 56,506:49:0 | 1.38 | 6,293.76 | 1.38 |
| 815 397-7071 | | 64 | 0.00 | 488:42:0 | 0.01 | 90.30 | 0.01 |
| 815 397-8986 | | 659 | 0.04 | 561:06:0 | 0.01 | 111.46 | 0.02 |
| 815 397-9040 | | 27 | 0.00 | 31:12:0 | 0.00 | 5.49 | 0.00 |
| 815 398-3652 | | 13 | 0.00 | 20:18:0 | 0.00 | 3.99 | 0.00 |
| 815 399-3903 | | 199 | 0.01 | 449:48:0 | 0.01 | 58.94 | 0.01 |
| 815 484-5997 | | 16 | 0.00 | 54:00:0 | 0.00 | 8.68 | 0.00 |
| 815 544-0331 | | 5,150 | 0.34 | 13,337:00:0 | 0.33 | 1,428.53 | 0.31 |
| 815 784-5127 | | 1,754 | 0.11 | 5,399:54:0 | 0.13 | 930.46 | 0.20 |
| 815 874-7017 | | 22 | 0.00 | 112:48:0 | 0.00 | 23.74 | 0.00 |
| 815 961-1040 | | 3,110 | 0.20 | 6,539:35:0 | 0.16 | 1,113.62 | 0.24 |
| 815 961-5000 | | 10,535 | 0.69 | 48,588:54:0 | 1.19 | 6,771.26 | 1.49 |
| 815 961-5502 | | 16 | 0.00 | 28:18:0 | 0.00 | 4.96 | 0.00 |
| 815 962-7611 | | 22 | 0.00 | 238:00:0 | 0.01 | 47.60 | 0.01 |
| 817 229-5443 | | 1 | 0.00 | 0:30:0 | 0.00 | 0.08 | 0.00 |
| 817 268-5114 | | 40 | 0.00 | 96:00:0 | 0.00 | 16.06 | 0.00 |
| 817 280-0481 | | 247,842 | 16.18 | 841,552:26:4 | 20.61 | 7,859.59 | 1.73 |
| 817 280-2011 | | 43,896 | 2.87 | 228,636:22:0 | 5.60 | 35,162.14 | 7.74 |
| 817 282-0209 | | 6 | 0.00 | 14:30:0 | 0.00 | 2.82 | 0.00 |
| 817 282-1469 | | 651 | 0.04 | 2,047:16:0 | 0.05 | 387.41 | 0.08 |
| 817 314-2782 | | 25 | 0.00 | 389:18:0 | 0.01 | 491.87 | 0.10 |
| 817 314-2784 | | 22 | 0.00 | 386:18:0 | 0.01 | 487.28 | 0.10 |
| 817 314-2786 | | 12 | 0.00 | 380:54:0 | 0.01 | 478.66 | 0.10 |
| 817 314-3236 | | 4 | 0.00 | 461:00:0 | 0.01 | 774.94 | 0.17 |
| 817 314-3306 | | 28 | 0.00 | 975:12:0 | 0.02 | 1,596.40 | 0.35 |
| 817 314-6574 | | 10 | 0.00 | 42:12:0 | 0.00 | 4.30 | 0.00 |

Note: This report may include Zero Rated Calling Plans.