No. 05-1188 T
Judge Horn

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TEXTRON INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's June 16, 2006 order.

Plaintiff has provided defendant with what plaintiff intends as substantiating evidence relating to its claims for refund, including telephone service invoices for the various periods at issue. Defendant's trial attorney has reviewed the invoices and other evidence, and counsel for the parties have prepared computational work based on the invoices for the purpose of settlement negotiations. At this point, defendant's trial attorney and plaintiff's counsel do not anticipate large discrepancies in their computations.

Defendant, however, has identified an issue in the course of its review of the invoices that must be resolved before settlement discussions can proceed further. While defendant had expected that Textron, Inc., the plaintiff, would appear as the entity billed for the telephone services, an entity named Comware Systems, Inc. appears instead. According to plaintiff,

Comware Systems, Inc. is a billing service organization employed by plaintiff's telecommunications service providers, and the invoices were actually billed to and paid by plaintiff. At defendant's request, plaintiff is gathering evidence in an effort to resolve this issue.

The parties do not know of any other information of which the Court should be aware at this time. The parties propose that they file another joint status report on October 6, 2006 to indicate settlement progress in this case.

Respectfully submitted,

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: September 6, 2006

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

Dated: September 6, 2006

Attorneys for Defendant