# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *
**TEXTRON, INC.**,
**Plaintiff,**
**v.**
**UNITED STATES,**
**Defendant.**
* * * * * * * * * * * * * * * * * * * *

**No. 05-1188T**
**Filed: September 6, 2006**

## O R D E R

The court is in receipt of the parties' September 6, 2006 joint status report in the above-captioned case. The parties are to be commended for the cooperative working relationship reflected in the status report. As provided in the court's order of June 16, 2006, on or before **Friday, October 6, 2006**, the parties shall file a joint status report indicating settlement progress; their continuing computational work on the invoices (but without any actual numbers reported at this stage); whether they have been successful in resolving the claims; and the anticipated date a joint stipulation of dismissal will be filed. If, however, the October 6, 2006 joint status report indicates that the claims in this case have not yet been resolved, then the parties shall continue their invoice review, and shall file a subsequent joint status report, on or before **Monday, November 6, 2006**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**