IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1188 T
Judge Horn

TEXTRON INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's September 6, 2006 order.

In their previous status report, filed on September 6, 2006, the parties notified the Court that an issue had arisen with respect to the authenticity of the invoices plaintiff provided to defendant to substantiate its claim for refund. The parties informed the Court at that time that plaintiff was gathering evidence, at defendant's request, in an effort to resolve the issue.

On October 4 and 6, 2006, plaintiff provided an affidavit and correspondence, which it contends should provide adequate evidence that the invoices provided to defendant are authentic and that plaintiff is properly owed the refund. Therefore, defendant will review the evidence provided, but may seek formal discovery if it believes the evidence is not sufficient to establish

authenticity. Once this issue is resolved, plaintiff and defendant's trial attorney believe they are in agreement as to the amount of any overpayment due to plaintiff, and do not anticipate further issues at this time.

The parties do not know of any other information of which the Court should be aware at this time. The parties propose that they file another joint status report on November 1, 2006 to indicate settlement progress in this case.

Respectfully submitted,

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: October 6, 2006

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
G. ROBSON STEWART
Reviewing Attorney

s/G. Robson Stewart
Of Counsel

Dated: October 6, 2006

Attorneys for Defendant