No. 05-1188 T
Judge Horn

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TEXTRON INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's September 6, 2006 order.

Counsel for the parties have reached agreement, subject to final approval by the Department of Justice, as to the amount of overpayment due to plaintiff. The amount is also subject to final resolution of the invoice issue, relating to Comware Systems, Inc. On November 6, 2006, plaintiff submitted a formal offer to compromise the case.

On November 6, 2006, defendant received a package from plaintiff that purportedly resolves the invoice issue relating to Comware Systems, Inc. Defendant's counsel is now reviewing that information.

The parties are not aware of any other issue that should be brought to the attention of the Court at this time, and propose to file another status report on December 6, 2006, to inform the Court of settlement progress.

Respectfully submitted,

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: November 6, 2006

Attorneys for Plaintiff

s/Jacob Christensen (With consent)
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel
(With consent)

Dated: November 6, 2006

Attorneys for Defendant