# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **TEXTRON, INC.**, Plaintiff, v. UNITED STATES, Defendant. | * | **No. 05-1188T** **Filed: November 29, 2006** |

## O R D E R

The court is in receipt of the parties' last status report in the above-captioned case. As proposed by the parties, unless a joint stipulation of dismissal is sooner received from the parties, a joint status report shall be filed by the parties on or before **Wednesday, December 6, 2006**, indicating settlement progress; their continuing computational work on the invoices (but without any actual numbers reported at this stage); whether they have been successful in resolving the claims; and the anticipated date a joint stipulation of dismissal will be filed. If the claims in this case have not been resolved by December 6, 2006, then the parties shall continue their invoice review and settlement efforts, and shall file subsequent joint status reports at monthly intervals, with the next one due on or before **Monday, January 8, 2007**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**