IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1188 T
Judge Horn

TEXTRON INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

On November 6, 2006, plaintiff submitted a formal offer to compromise this case. Defendant is reviewing the offer according to its normal procedures. Counsel for the parties believe that this case will settle without further involvement by the Court.



NJ01/GUZME/111735.1

2071680.11959206.11959206.1

The parties do not know of any other information of which the Court should be aware at this time, and propose that they file a joint status report on February 6, 2006 if final action has not been taken on plaintiff's offer before that date.

Respectfully submitted,

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: December 6, 2006

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
G. ROBSON STEWART
Reviewing Attorney

s/G. Robson Stewart
Of Counsel

Dated: December 6, 2006

Attorneys for Defendant