# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *
**TEXTRON, INC.**,
**Plaintiff,**
**v.**
**UNITED STATES,**
**Defendant.**
* * * * * * * * * * * * * * * * * * *

**No. 05-1188T**
**Filed: December 7, 2006**

## O R D E R

The court is in receipt of the parties' December 6, 2006 joint status report in the above-captioned case. The court is encouraged with the real prospect of settlement reflected in the status report. Hereafter, the parties shall file monthly status reports on their settlement activity, including what remains to be done, with proposed dates, but not including any settlement numbers. The next joint status reports are due on or before **Monday, January 8, 2007**, then on or before **Thursday, February 8, 2007**, etc., unless a joint stipulation of dismissal is sooner filed. A status conference may be set if no settlement is achieved in the near future.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**