IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1188 T
Judge Horn

TEXTRON INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order, dated December 7, 2006, that the parties report the settlement status of the above-captioned case, including what remains to be done and the proposed dates.

Plaintiff provided defendant with an offer of compromise on November 6, 2006 that Plaintiff believes is fully supported by the documents that it has produced to Defendant. Plaintiff desires to have this matter resolved as soon as possible.

Defendant is reviewing plaintiff's offer to compromise according to its normal procedures. Specifically, the offer is being reviewed by Justice Department personnel who possess the requisite settlement authority for this type of case and the dollar amount involved. Those personnel will take official action on the offer upon completion of their review. This process will likely require about two months. If the offer is accepted, then the defendant will

instruct the IRS to process overpayments according to the agreement, and the parties will file a stipulation for dismissal under Rule 41(a).

The parties do not know of any other information of which the Court should be aware at this time.

Respectfully submitted,

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: January 8, 2007

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

Dated: January 8, 2007

Attorneys for Defendant