IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1188 T
Judge Horn

TEXTRON INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order, dated December 7, 2006, that the parties report the settlement status of the above-captioned case, including what remains to be done and the proposed dates.

On January 8, 2007, the parties filed a joint status report wherein plaintiff informed the Court that it desires to have this matter resolved as soon as possible. Defendant informed the Court that it had received and was reviewing plaintiff's offer to compromise according to its normal procedures, and that the process would likely require about two month's time from that date. Defendant's trial attorney anticipates that final action on plaintiff's offer will be taken within that time frame, as previously reported.

In an attempt to expedite final action on plaintiff's settlement offer, defendant's trial attorney has reported plaintiff's concerns to those personnel who possess the requisite settlement

authority in this case. Those personnel have informed defendant's trial attorney that they are actively engaged in reviewing plaintiff's offer at this time. If the offer is accepted, then the defendant will instruct the IRS to process overpayments according to the agreement, and the parties will file a stipulation for dismissal under Rule 41(a).

The parties do not know of any other information of which the Court should be aware at this time.

Respectfully submitted,

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: February 8, 2007

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

Dated: February 8, 2007

Attorneys for Defendant