# In the United States Court of Federal Claims

| | |
|---|---|
| **TEXTRON, INC.**, Plaintiff, v. UNITED STATES, Defendant. | **No. 05-1188T** **Filed: February 9, 2007** |

## O R D E R

The court is in receipt of the parties' February 8, 2007 joint status report in the above-captioned case. The parties are to be commended for their settlement efforts to date. The parties shall continue to file monthly status reports on their settlement activity, including what remains to be completed, with proposed dates, but not including any settlement numbers. The next joint status reports are due on or before **Thursday, March 8, 2007**, then on or before **Monday, April 9, 2007**, unless a joint stipulation of dismissal is sooner filed. A status conference is **SCHEDULED** for **Thursday, April 12, 2007, at 10:30 a.m. EDT**, unless a joint stipulation of dismissal is sooner filed. The parties may appear by telephone for the status conference. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0878, and plaintiff's counsel will be reached at (212) 808-7800. The parties shall be prepared to discuss their settlement progress at the status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**