IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1188 T
Judge Horn

TEXTRON INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties have reached a basis for the settlement of this case. Defendant has instructed the Internal Revenue Service to process overpayments of excise tax according to the settlement agreement. Such processing by the Service generally requires six to eight weeks. Once the

overpayments are processed, the parties will file a motion for voluntary dismissal with prejudice, pursuant to Rule 41(a).

Respectfully submitted,

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: March 8, 2007

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

Dated: March 8, 2007

Attorneys for Defendant