IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1188 T
Judge Horn

TEXTRON INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

As indicated in their last status report, the parties have reached a settlement agreement in this case. Defendant has instructed the Internal Revenue Service to process overpayments of excise tax according to the settlement agreement. The Service is still processing the overpayments according to the settlement agreement, as directed by the defendant. Such processing by the Service generally requires six to eight weeks. Once the overpayments are processed, the parties will file a motion for voluntary dismissal with prejudice, pursuant to Rule 41(a).

In light of this status report and the parties' imminent filing of a stipulation for dismissal, the parties do not believe that the telephonic conference, scheduled for April 12, 2007, is necessary and ask that it be postponed or canceled.

Additionally, defendant's counsel wishes to inform the Court that he and his wife are expecting the birth of their first child at any time (due April 16) and that he may be unavailable for the conference. Should this occur, he will notify the Court and opposing counsel, if necessary.

Respectfully submitted,

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: April 6, 2007

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

Dated: April 6, 2007

Attorneys for Defendant