# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **TEXTRON, INC.**, | * |
| **Plaintiff,** | * |
| **v.** | * **No. 05-1188T** |
| | * **Filed: April 6, 2007** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the parties' April 6, 2007 joint status report in the above-captioned case. The status conference currently scheduled for Thursday, April 12, 2007 is **RESCHEDULED** for **June 12, 2007 at 10:30 a.m. EST**, unless a joint stipulation of dismissal is sooner filed. The parties shall continue to file monthly status reports on their settlement activity, including what remains to be completed, with proposed dates, but not including any settlement numbers. The next joint status report is due on or before **Monday, May 9, 2007**, unless a joint stipulation of dismissal is sooner filed. The parties may appear by telephone for the status conference. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0878, and plaintiff's counsel will be reached at (212) 808-7800.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**