IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1188 T
Judge Horn

TEXTRON INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

As indicated in their last status report, the parties have reached a settlement agreement in this case. Defendant has instructed the Internal Revenue Service to process overpayments of excise tax according to the settlement agreement. The Service has finished processing the overpayments, and the defendant is preparing to mail the results to plaintiff's counsel. Once

plaintiff has had an opportunity to review the results, the parties will file a stipulation for the voluntary dismissal of this case, with prejudice, pursuant to Rule 41(a).

Respectfully submitted,

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: June 6, 2007

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

Dated: June 6, 2007

Attorneys for Defendant