# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**TEXTRON, INC.**,

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-1188T**
**Filed: July 10, 2007**

**O R D E R**

The court is in receipt of the parties' July 9, 2007 joint status report in the above-captioned case. The parties are to be commended for reaching a settlement agreement in the case. The parties shall continue to file monthly status reports on the settlement process, including what remains to be completed, but for future status reports, add estimated milestone dates, as the parties were instructed to do in the past. The next joint status report is due on or before **Thursday, August 9, 2007**, unless a joint stipulation of dismissal is sooner filed.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**