# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**TEXTRON, INC.**,

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-1188T**
**Filed: August 30, 2007**

**O R D E R**

The court is in receipt of the parties' joint stipulation of dismissal in the above-captioned case. The parties are to be commended for their successful settlement efforts. Pursuant to the joint stipulation of dismissal and Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the claims in the above-captioned case are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, expenses and attorneys fees. The clerk's office shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**