# In the United States Court of Federal Claims

**No. 05-1188 T**

**TEXTRON, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed August 30, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(1)(ii), that the complaint is dismissed, with prejudice, with each party to bear its own costs, expenses and attorneys fees.

Brian Bishop
Clerk of Court

**August 31, 2007** By: s/Lisa L. Reyes

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.